1

2

3

4

5

6

7

8



FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12  PRENTRESS DOUGLAS          ) Case No. CV 11-920 JST (MRW)
    BURKE,                     )
13                             )
                               )
14              Petitioner,    ) ORDER ADOPTING FINDINGS,
         vs.                   ) CONCLUSIONS, AND
15                             ) RECOMMENDATIONS OF
    KELLY HARRINGTON,          ) UNITED STATES MAGISTRATE
16                             ) JUDGE
              Respondent.      )
17  _____)

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

19  records and files herein, and the Report and Recommendation of the United States

20  Magistrate Judge.  Petitioner failed to file timely objections to the Report and

21  Recommendation.  The Court concurs with and adopts the findings, conclusions,

22  and recommendations of the Magistrate Judge.

23       IT IS ORDERED that Judgment be entered denying the Petition and

24  dismissing this action with prejudice.

25

26  DATE: _4·28·2011_                    _____

27                                       HON. JOSEPHINE STATON TUCKER
                                         UNITED STATES DISTRICT JUDGE
28