

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PRENTRESS DOUGLAS BURKE,

    Petitioner,

vs.

KELLY HARRINGTON,

    Respondent.

Case No. CV 11-920 JST (MRW)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: 4.28.2011

HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE